SHORT *et al. v.* MELTON.

LUMPKIN, P. J. The allegations of the plaintiffs' petition did not make a case for the granting of an injunction or the appointment of a receiver, and therefore no error was committed in denying the prayers for the same.　　　　　*Judgment affirmed. All the Justices concurring.*

Argued December 17, 1897. — Decided January 19, 1898..

Petition for injunction. Before Judge Butt. Marion county. November 3, 1897.

*J. E. Sheppard,* for plaintiffs.
*Brannon, Hatcher & Martin,* for defendant.

---

MORRIS *v.* IMPERIAL INSURANCE COMPANY LIMITED.

COBB, J. It being, under the evidence, an issuable question of fact whether or not the plaintiff below sufficiently complied with that stipulation in the policy of insurance sued upon, requiring him to " keep a set of books which shall clearly and plainly present a complete record of business transacted, including all purchases, sales and shipments, both for cash and credit," and the right of the plaintiff to a recovery depending upon the solution of this question, it was error to grant a nonsuit.
*Judgment reversed. All the Justices concurring, except Lewis, J., who was not a member of the court when this case was argued.*

Argued October 21, 1897. — Decided January 19 1898.

Action on insurance policy. Before Judge Littlejohn. Sumter superior court. May term, 1897.

*Allen Fort, E. A. Hawkins, Guerry & Hall* and *Guerry & Son,* for plaintiff.
*Glenn, Slaton & Phillips* and *Hooper & Crisp,* for defendant.